# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDIKIBA GREENWOOD, JR., <br><br> Petitioner, <br><br> v. <br><br> DAVE DAVEY, <br><br> Respondent. | Case No. EDCV 14-2325-PA (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 2, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE